IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Richard Obenauf,

        Plaintiff,

vs.

Northland Group, Inc.,                      Case No. CV-11-83 WJ/KBM

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having read and filed the above Stipulation and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

1